**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known) For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **RST CRANES, INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **13-4253307** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561**<br>Number, Street, City, State & ZIP Code<br><br>**Kern**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership<br><br>☐ Other. Specify: _____ |

Debtor   **RST CRANES, INC.**      Case number (*if known*) _____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor    **RST CRANES, INC.**
_____    Case number (*if known*) _____
Name

**11. Why is the case filed in this district?**    Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**▧ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 – $50,000 | ☑ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ☐ $50,001 – $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 – $50,000 | ☑ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ☐ $50,001 – $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

| Debtor | **RST CRANES, INC.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signature**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 23, 2016**
              MM / DD / YYYY

X /s/ Richard Torres, Jr.                          **Richard Torres, Jr.**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X /s/ Leonard K. Welsh                             Date **March 23, 2016**
Signature of attorney for debtor                        MM / DD / YYYY

**Leonard K. Welsh**
Printed name

**Law Office of Leonard K. Welsh**
Firm name

**4550 California Avenue, Second Floor**
**Bakersfield, CA 93309**
Number, Street, City, State & ZIP Code

Contact phone   **661-328-5328**      Email address   **lwelsh@lkwelshlaw.com**

**097954**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **RST CRANES, INC.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 23, 2016**          X /s/ Richard Torres, Jr.

Signature of individual signing on behalf of debtor

**Richard Torres, Jr.**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   **RST CRANES, INC.**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................ $  __See attached__

    Prior to the filing of this statement I have received ................................. $  __See attached__

    Balance Due ................................................................................................. $  __See attached__

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 23, 2016**
_Date_

/s/ Leonard K. Welsh
**Leonard K. Welsh 097954**
_Signature of Attorney_
**Law Office of Leonard K. Welsh**
**4550 California Avenue, Second Floor**
**Bakersfield, CA 93309**
**661-328-5328  Fax: 661-760-9900**
**lwelsh@lkwelshlaw.com**
_Name of law firm_

---

<u>ATTACHMENT</u>

Debtor agreed to pay the Law Offices of Leonard K. Welsh a fee for legal services rendered in the present Chapter 11 Bankruptcy proceeding based on the following fees schedule:

| | |
|---|---|
| Leonard K. Welsh | $350.00 per hour |
| Legal Assistants | $125.00 per hour |

plus costs.

The Law Offices of Leonard K. Welsh was paid $6,897.00 by Debtor for services rendered and costs incurred by the firm through March 23, 2016. All fees and costs incurred by the firm after March 23, 2016 will be paid after an Application for Allowance of Attorneys fees and Costs is approved by the Bankruptcy Court as part of the Debtor's case.

ATTACHMENT TO STATEMENT OF COMPENSATION

**Fill in this information to identify the case:**

Debtor name    **RST CRANES, INC.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................   $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................   $     2,524,021.53

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................   $     2,524,021.53

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $     1,574,635.46

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................   $     61,087.62

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................................   +$     568,517.06

4.   **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b     $     2,204,240.14

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **RST CRANES, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.. **Bank of the Sierra**<br>**224 West F Street**<br>**Tehachapi, CA 93561** | **Checking (5770)** | | **$1,978.00** |
| 3.2.. **Bank of the West**<br>**758 Tucker Road**<br>**Tehachapi, CA 93561** | **Checking (2900)** | | **$98.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$2,076.00**

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **Security Deposit**

| | |
|---|---|
| 7.1.. **Avitus Group**<br>**P.O. box 2506**<br>**Billings, MT 59103** | **$15,000.00** |

Debtor    **RST CRANES, INC.**                                    Case number *(if known)* _____
          Name

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                              | **$15,000.00** |
          Add lines 7 through 8. Copy the total to line 81.

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.       **Accounts receivable**

          11a. 90 days old or less:            **285,887.58**     -       **83,502.05**   = ....       **$202,385.53**
                                          face amount              doubtful or uncollectible accounts

12.       **Total of Part 3.**                                                              | **$202,385.53** |
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**Office Furniture and equipment**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561**<br><br>**See attached Exhibit "1"** | $0.00 | | $22,265.00 |

Debtor **RST CRANES, INC.** _____ Case number *(If known)* _____
       Name

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

   | | $22,265.00 |
   | --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ■ No
   - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   - ☐ No. Go to Part 9.
   - ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **2015 GMC Sierra 2500 truck (7557)**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561** | $0.00 | | $54,000.00 |
| 47.2.. **2000 Chevrolet Silverado truck (5928)**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561** | $0.00 | | $5,500.00 |
| 47.3.. **2003 Ford F-150 truck (9636)**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561** | $0.00 | | $4,000.00 |
| 47.4.. **2006 Ford F-350 truck (5135)**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561** | $0.00 | | $2,500.00 |
| 47.5.. **2006 Ford F-450 truck (4822)**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561** | $0.00 | | $9,500.00 |
| 47.6.. **2005 Ford F-450 truck (6947)**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561** | $0.00 | | $5,500.00 |

Debtor    **RST CRANES, INC.**
Name                                                    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 47.7.. | **2007 Ford Ranger truck (7810)**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561** | $0.00 | $3,500.00 |
| 47.8.. | **2008 Ford Ranger truck (6702)**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561** | $0.00 | $8,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Equipment, machinery, and fixtures**
**701 Bailey Avenue**
**Tehachapi, CA 93561**

| | | |
|---|---|---|
| **See attached Exhibit "2"** | $0.00 | $2,189,295.00 |

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| **$2,282,295.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor     **RST CRANES, INC.**                                          Case number *(If known)* _____
                    Name

**Motor Carrier Permit**
_____

**Department of Motor Vehicles**
**Registration Operations Division MS G875**
**P.O. Box 932370**
**Sacramento, CA 94232-3700**                     $0.00     N/A                          $0.00

---

**Envrionmental Protection Agency ID No.**
**XX1012**

_____

**Department of Toxic Substances Control**
**1001 I Street**
**P.O. Box 806**
**Sacramento, CA 95812-0806**                     $0.00     N/A                          $0.00

---

**City of Tehachapi Business License**
**City of Tehachapi**
**115 South Robinson Street**
**Tehachapi, CA 93561**                            $0.00     N/A                          $0.00

---

**City of Palmdale Business License**
**City of Palmdale**
**38250 Sierra Way**
**Palmdale, CA 93550**                             $0.00     N/A                          $0.00

---

**General Engineering Contractor License**
**State of California**
**Contractors State License Board**
**8721 Business Park Drive**
**Sacramento, Ca 95827**                           $0.00     N/A                          $0.00

---

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    __RST CRANES, INC._____    Case number *(If known)* _____
             Name

■  No.  Go to Part 12.
☐  Yes Fill in the information below.

Debtor    **RST CRANES, INC.**

Name

Case number *(if known)* _____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,076.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $202,385.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,265.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,282,295.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,524,021.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,524,021.53 |

EXHIBIT "1"

OFFICE EQUIPTMENT

| Line | Item Description | Location | Market Valuation | Notes |
|------|------------------|----------|------------------|-------|
| 1 | Receptionist Desk | Reception | $ 1,500.00 | |
| 2 | Office Chair | Reception | $ 100.00 | |
| 3 | Chair | Reception | $ 75.00 | |
| 4 | Chair | Reception | $ 75.00 | |
| 5 | Chair | Reception | $ 75.00 | |
| 6 | Space Heater | Reception | $ 50.00 | |
| 7 | Desktop Computer (Reception) | Reception | $ 500.00 | |
| 8 | 27" Monitor (LCD) | Reception | $ 175.00 | |
| 9 | Office Desk | Sales Office | $ 450.00 | |
| 10 | Office Chair | Sales Office | $ 100.00 | |
| 11 | Loveseat | Sales Office | $ 250.00 | |
| 12 | Laptop Computer (Sales) | Sales Office | $ 1,300.00 | |
| 13 | 27" Monitor (LCD) | Sales Office | $ 275.00 | |
| 14 | Executive Desk | Executive Office | $ 600.00 | |
| 15 | Office Chair | Executive Office | $ 100.00 | |
| 16 | Bookcase (Wood) | Executive Office | $ 250.00 | |
| 17 | Bookcase (Wood) | Executive Office | $ 250.00 | |
| 18 | File Cabinet (Wood) | Executive Office | $ 350.00 | |
| 19 | Desktop Computer (Executive) | Executive Office | $ 600.00 | |
| 20 | Loveseat | Executive Office | $ 250.00 | |
| 21 | Chair | Executive Office | $ 75.00 | |
| 22 | Chair | Executive Office | $ 75.00 | |
| 23 | Office Desk | Accounting | $ 450.00 | |
| 24 | Office Desk | Accounting | $ 300.00 | |
| 25 | Office Chair | Accounting | $ 100.00 | |
| 26 | Chair | Accounting | $ 75.00 | |
| 27 | Chair | Accounting | $ 75.00 | |
| 28 | Desktop Computer (Controller) | Accounting | $ 1,000.00 | |
| 29 | 27" Monitor (LCD) | Accounting | $ 250.00 | |
| 30 | 24" Monitor (LCD) | Accounting | $ 200.00 | |
| 31 | Desktop Computer (AR/AP) | Accounting | $ 250.00 | |
| 32 | 21" Monitor (LCD) | Accounting | $ 100.00 | |
| 33 | Paper Shredder | Accounting | $ 300.00 | |
| 34 | Misc office equipment | Accounting | $ 150.00 | |
| 35 | Lateral File Cabinet | Accounting | $ 650.00 | |
| 36 | Lateral File Cabinet | Accounting | $ 650.00 | |
| 37 | Lateral File Cabinet | Accounting | $ 350.00 | |
| 38 | Office Desk | Saftey Office | $ 300.00 | |
| 39 | Office Chair | Safety Office | $ 100.00 | |
| 40 | Bookcase (Wood) | Safety Office | $ 250.00 | |
| 41 | Chair | Safety Office | $ 75.00 | |
| 42 | Chair | Safety Office | $ 75.00 | |
| 43 | Conference Table | Conference Room | $ 2,000.00 | |
| 44 | Conference Chairs (10) | Conference Room | $ 1,500.00 | |
| 45 | Chair (6) | Conference Room | $ 450.00 | |
| 46 | Desktop Computer (Conference) | Conference Room | $ 500.00 | |
| 47 | TV/Monitor (96") | Conference Room | $ 2,500.00 | |
| 48 | Coffee Maker (Keurig) | Conference Room | $ 100.00 | |
| 49 | Décor | Conference Room | $ 300.00 | |
| 50 | Office Desk | Operations Office | $ 300.00 | |

| 51 | Office Chair | Operations Office | $ | 50.00 | |
| 52 | Bookcase (Wood) | Operations Office | $ | 100.00 | |
| 53 | Desktop Computer (Operations) | Operations Office | $ | - | Scrap |
| 54 | Office Desk | Purchasing | $ | 200.00 | |
| 55 | Office Chair | Purchasing | $ | 50.00 | |
| 56 | File Cabinet (Metal) | Purchasing | $ | 150.00 | |
| 57 | Laptop Computer (Purchasing) | Purchasing | $ | - | Scrap |
| 58 | Picnic Table (Folding) (2) | Break Area | $ | 250.00 | |
| 59 | Chair (Folding) (16) | Break Area | $ | 640.00 | |
| | | TOTAL | $ | 22,265.00 | |

EXHIBIT "2"

## RST CRANES, INC.

Machinery, Equipment, and fixtures

### Semitrucks

| | |
|---|---|
| 1998 National Water Truck (5172) ……………………… | $ 5,000.00 |
| 2006 Peterbilt Semitruck (2817) ……………………… | $50,000.00 |
| 1995 Kenworth Semitruck (1532) ……………………… | $10,000.00 |
| 2013 Peterbilt Semitruck (1717) ……………………… | $97,000.00 |

### Trailers

| | |
|---|---|
| 1977 Loadcraft trailer …………………………………… | $ 1,800.00 |
| 1995 Greatdane 40' Trailer (1302) …………………… | $ 4,000.00 |
| 2007 Longhorn Gooseneck trailer (5036) ……………… | $ 5,000.00 |
| 2003 Carson trailer (5826) ……………………………… | $ 772.00 |
| 2003 Carson trailer (2042) ……………………………… | $ 772.00 |
| 2006 Bigtex Gooseneck trailer (5119) ………………… | $ 2,500.00 |
| 1984 Dorsey trailer (4255) ……………………………… | $ 5,238.00 |
| 1984 Dorsey trailer (4256) ……………………………… | $ 5,238.00 |

### Cranes

| | |
|---|---|
| 2006 National 33 ton Crane (8456) …………………… | $175,000.00 |
| 2001 Leibherr 100 Ton Crane and Dolly (5015) ……… | $265,000.00 |
| 2002 Leibherr 300 Ton Crane (5511) and Dolly ……… | $850,000.00 |
| (In possession of People's United Equipment Finance) | |
| 2003 Leibherr 120 Ton Crane ………………………… | $475,000.00 |

### Other Equipment

| | |
|---|---|
| Water Buffalo …………………………………… | $ 2,500.00 |
| Pressure Washer ………………………………… | $ 3,000.00 |
| Manbasket 36 X 60 X 44 900 lb ……………………… | $ 11,072.00 |
| Soda Machine …………………………………… | $ 1,500.00 |
| Air Compressor ………………………………… | $ 2,373.00 |
| Hydraulic Torque Wrench ……………………… | $ 1,200.00 |
| Ice Machine ……………………………………… | $ 1,080.00 |
| Portable Generator ……………………………… | $ 1,000.00 |
| Oxy/Actylene Torch …………………………… | $ 500.00 |
| Welder …………………………………………… | $ 750.00 |
| Crane Rigging …………………………………… | $ 7,500.00 |
| Spreader Bars …………………………………… | $ 20,000.00 |
| Racks & Shelving ……………………………… | $ 1,500.00 |
| 40' C-Train ……………………………………… | $ 2,500.00 |
| 24' C-Train ……………………………………… | $ 1,500.00 |
| Tires ……………………………………………… | $ 4,000.00 |
| Tools & Miscellaneous Equipment ………………… | $ 10,000.00 |
| 33 Nordtank Turbines ………………………… | $165,000.00 |

TOTAL:                    $2,189,295.00

**Fill in this information to identify the case:**

Debtor name    **RST CRANES, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Ally, Inc.<br>Creditor's Name<br><br>**Payment Processing Center**<br>**PO Box 78234**<br>**Phoenix, AZ 85062**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**3062**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2015 GMC Sierra 2500 truck**<br><br><br><br>**Describe the lien**<br>**Purchase money security interest**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,134.32 | $54,000.00 |
| **2.2** **Commercial Credit Group, Inc.**<br>Creditor's Name<br><br>**2135 City Gate Lane Ste 440**<br>**Naperville, IL 60563**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**120 Ton Liebherr crane**<br><br><br><br>**Describe the lien**<br>**Purchase money security interest**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $548,505.00 | $475,000.00 |

Debtor **RST CRANES, INC.**
Name

Case number (if know) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3** | **EMI Renewable Energy, LLC**
Creditor's Name

**1224 North Hghway 377, Ste. 303-150 Roanoke, TX 76262**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**33 Nordtank turbines**

$98,400.00 | $165,000.00

Describe the lien
**UCC Financing Statement filed on 8/20/2014**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4** | **GE Transportation Finance**
Creditor's Name

**PO Box 642222 Pittsburgh, PA 15264**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2013 Peterbilt semitruck (1717)**

$95,158.90 | $97,000.00

Describe the lien
**Purchase money security interest**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**0001**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.5** | **People's United Equipment Finance Corp**

Describe debtor's property that is subject to a lien

$787,437.24 | $1,290,000.00

---

Debtor    **RST CRANES, INC.**
　　　　　Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name | **300 Ton Liebherr crane (5511) , 100 Ton** |
| **PO Box 461** | **Liebherr crane (5015), 33 Ton National Boom** |
| **Brattleboro, VT 05302** | **Truck (2742)** |
| Creditor's mailing address | Describe the lien |

**Purchase money security interest**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,574,635.4 6**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Andrew K. Alper, Esq.<br>Frandzel Robins Bloom & Csato<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017-2427 | Line **2.5** | |
| Commercial Credit Group, Inc.<br>P.O. Box 60121<br>Charlotte, NC 28260-0121 | Line **2.2** | |
| Financial Federal Credit, Inc.<br>7 Corporate Park, Suite 240<br>Irvine, CA 92606 | Line **2.5** | |
| People's United Equipment Finance<br>17320 Red Hill Avenue, Suite 250<br>Irvine, CA 92614 | Line **2.5** | |
| Victor C. Johnson, Esq.<br>Dykema Cox Smith<br>1717 Main Street, Ste. 4200<br>Dallas, TX 75201 | Line **2.3** | |

---

**Fill in this information to identify the case:**

Debtor name __RST CRANES, INC.__

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>**Employment Development**<br>**Department**<br>**P.O. box 826215 MIC 3A**<br>**Sacramento, CA 94230-6215** | **$3,586.60** | **$3,586.60** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Withholding Taxes
Period: 6/30/2015**

Last 4 digits of account
number
Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | **Priority creditor's name and mailing address**<br>**Employment Development**<br>**Department**<br>**PO Box 826900, MIC 92E**<br>**Sacramento, CA 94280** | **$9,321.66** | **$9,321.66** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Withholding Tax
3rd and 4th Quarter 2015**

Last 4 digits of account
number
Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **RST CRANES, INC.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,179.36 | $48,179.36 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
**Employee Withholding Taxes**
**3rd and 4th Quarter 2015**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,759.52 |
|---|---|---|---|

**Alta One Credit Union**
P.O. Box 1209
Ridgecrest, CA 93556

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Credit card purchases**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,940.63 |
|---|---|---|---|

**Arrow Transit Mix**
507 East Avenue L-12
Lancaster, CA 93535

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,690.28 |
|---|---|---|---|

**Arsenal Equipment Rentals**
34921 Petrol Road
Bakersfield, CA 93308

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Equipment rental**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

---

Debtor **RST CRANES, INC.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Bank of the West**
P.O. Box 2573
Omaha, NE 68103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Line of Credit**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

$15,172.34

---

| 3.5 |

**Nonpriority creditor's name and mailing address**
**Benz Construction Service**
PO Box 1750
Tehachapi, CA 93581

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

$5,510.54

---

| 3.6 |

**Nonpriority creditor's name and mailing address**
**Bigge Crane and Rigging Co.**
Lockbox Services 205220
P.O. Box 205220
Dallas, TX 75320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Equipment rental**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

$123,060.48

---

| 3.7 |

**Nonpriority creditor's name and mailing address**
**Blue Shield of California**
PO Box 3008
Lodi, CA 95241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insurance premiums**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **2678**

$16,700.96

---

| Debtor | **RST CRANES, INC.** | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,344.55 |
|-----|--------------------------------------------------|------------------------------------------------|-----------|

**Brumfield & Hagan, LLP**
2031 F Street
Bakersfield, CA 93301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorneys fees**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,602.91 |
|-----|--------------------------------------------------|------------------------------------------------|-----------|

**Capital One Bank**
P.O. Box 60599
City of Industry, CA 91716

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit card purchases**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,638.61 |
|------|--------------------------------------------------|------------------------------------------------|-----------|

**Carpenter Rigging Bakersfield, Inc.**
2380 Main Street
San Diego, CA 92113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase of Parts**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **TCRA**

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,989.00 |
|------|--------------------------------------------------|------------------------------------------------|------------|

**Computronics**
P.O. Box 1086
Tehachapi, CA 93581

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment rental**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **RST CRANES, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,000.00 |
|---|---|---|---|

**Cory Allred**
6106 West Avenue, K-6
Lancaster, CA 93536

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,465.00 |
|---|---|---|---|

**Department of Motor Vehicles**
PO Box 942894
Sacramento, CA 94294

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Delinquent registrations**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,650.00 |
|---|---|---|---|

**Exim Engineering-BS Rotor**
2200 East Winston Road
Anaheim, CA 92806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,723.73 |
|---|---|---|---|

**Harvest Energy Services, Inc.**
2690 Center Green Ct, #202
Boulder, CO 80301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

Debtor    **RST CRANES, INC.**                                          Case number (if known) _____
_____
Name

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,880.08 |

| | **HD Industries** | Check all that apply. | |
| | PO Box 21399 | ☐ Contingent | |
| | Long Beach, CA 90801 | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:
**Purchase of Parts**

Date or dates debt was incurred _____

Is the claim subject to offset?

�decimal No
Last 4 digits of account number _____       ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 |

**Helmer Engineering**
PO Box 35
Barstow, CA 92312

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
Last 4 digits of account number _____       ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,709.98 |

**Hytorc Wind, LLC**
218 Island Road
Mahwah, NJ 07430

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase of Parts**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
Last 4 digits of account number _____       ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $976.44 |

**Innovative**
PO Box 668307
Pompano Beach, FL 33066

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
Last 4 digits of account number    4374       ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **RST CRANES, INC.**                                             Case number (if known) _____
_____
          Name

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Krost Baumgarten Kniss Guerrero**
**790 E. Colorado Blvd. Suite 600**
**Pasadena, CA 91101**

As of the petition filing date, the claim is:              **$6,567.14**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accounting services**

Date or dates debt was incurred   _____

Is the claim subject to offset?

☐ No

Last 4 digits of account number   _____

☐ Yes

---

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** |

**Leaf Commercial Capital**
**P.O. Box 742647**
**Cincinnati, OH 45274-2647**

As of the petition filing date, the claim is:              **$650.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment rental**

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No

Last 4 digits of account number   _____

☐ Yes

---

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**Liebherr Cranes, Inc.**
**4100 Chestnut Ave**
**Newport News, VA 23607**

As of the petition filing date, the claim is:              **$6,656.58**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services rendered**

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No

Last 4 digits of account number   **0187**

☐ Yes

---

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** |

**Mark Moore**
**20381 Old Town Road**
**Tehachapi, CA 93561**

As of the petition filing date, the claim is:              **$33,900.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No

Last 4 digits of account number   _____

☐ Yes

---

Debtor **RST CRANES, INC.**
_____
Name

Case number (if known) _____

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,583.18 |

**Napa Auto Parts, Inc.**
PO Box 499
Lake Isabella, CA 93240

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Purchase of parts**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number  **2633**

■ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,907.50 |

**Nesbit, Vassar & McCown, LLP**
15851 Dallas Parkway, Ste 800
Addison, TX 75001

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorneys fees**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,815.00 |

**Performance Transport, Inc.**
11408 Cactus Ave
Bloomington, CA 92316

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Transporting services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number  **1031**

■ No
☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,522.80 |

**Praxair Distribution, Inc.**
Dept LA 21511
Pasadena, CA 91185

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number  **X038**

■ No
☐ Yes

---

| Debtor | **RST CRANES, INC.** | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,318.40 |
|------|------|------|------|

**Renin Corp**
**1141 Ryder Street**
**Tupelo, MS 38804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Freight charges**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,572.23 |
|------|------|------|------|

**RSI Petroleum Products**
**PO Box 938**
**Mojave, CA 93502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Purchase of Fuel**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **8958**

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $50,500.00 |
|------|------|------|------|

**Rush Cranes**
**PO Box 2208**
**Decatur, AL 35609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Boom truck rental**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,366.12 |
|------|------|------|------|

**Sam's Club Mc/SYNCB**
**P.O. Box 960016**
**Orlando, FL 32896**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit card purchases**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **RST CRANES, INC.**                                    Case number (if known) _____
        Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,700.00 |

**The Tire Store**
**21011 Santa Barbara Drive**
**Tehachapi, CA 93561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase of Parts**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00 |

**Tom Costello**
**1811 6th Street**
**Livermore, CA 94550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,440.88 |

**Turner Trans Lift, Inc.**
**520 E. Norris Road**
**Bakersfield, CA 93308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services rendered**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,900.00 |

**Twin City Transport**
**39916 16th Street**
**Palmdale, CA 93551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Transporting services**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No

Last 4 digits of account number  _____

☐ Yes

---

Debtor **RST CRANES, INC.**
Name

Case number (if known) _____

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,277.18 |

**Tyack Tires, Inc.**
211 Sumner Street
Bakersfield, CA 93305

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs and maintenance**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00 |

**Wright Express Fleet**
c/o GGR Collections
P.O. Box 6293
Carol Stream, IL 60197-6293

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase of Fuel**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____ ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Global Trade Solutions**<br>P.O. Box 1389<br>Kenner, LA 70063 | Line **3.18**<br>☐ Not listed. Explain | |
| 4.2 | **Altus GTS, Inc.**<br>P.O. Box 1389<br>Kenner, LA 70063 | Line **3.14**<br>☐ Not listed. Explain | |
| 4.3 | **Edward P. Garson, Esq.**<br>**Wilson elser Moskowitz Edelman & Dicker**<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105 | Line **3.6**<br>☐ Not listed. Explain | |
| 4.4 | **Law Offices of Joseph P. Graziano**<br>18757 Burbank Blvd., Suite 300<br>Tarzana, CA 91356 | Line **3.20**<br>☐ Not listed. Explain | |
| 4.5 | **United States Attorney**<br>for Internal Revnue Service<br>2500 Tulare Street, Room 4401<br>Fresno, CA 93721 | Line **2.3**<br>☐ Not listed. Explain | |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

---

Debtor    **RST CRANES, INC.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $              61,087.62 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 568,517.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $              629,604.68 |

**Fill in this information to identify the case:**

Debtor name **RST CRANES, INC.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Office Equipment Lease (2) Copiers and computer services Term: 5 year lease - $575.00 oer month Beginning Date: 12/2015 Debtor's interest: Lessee** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Great America Financial P.O. Box 660831 Dallas, TX 75266-0831** |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Type: Commercial Real Property Sublease 701 Bailey Avenue Tehachapi, CA 93561 Terms: $9,500.00 per month / Month-to-month Debtor's Interest: Sub-lessee** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richard and Sonya Torres 22220 Buena Vista Street Tehachapi, CA 93561** |

**Fill in this information to identify the case:**

Debtor name  **RST CRANES, INC.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor

Column 2: Creditor

| Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 **Richard and Sonya Torres** | **22220 Buena Vista Street Tehachapi, CA 93561** | **Ally, Inc.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 **Richard and Sonya Torres** | **22220 Buena Vista Street Tehachapi, CA 93561** | **Commercial Credit Group, Inc.** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.3 **Richard and Sonya Torres** | **22220 Buena Vista Street Tehachapi, CA 93561** | **GE Transportation Finance** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.4 **Richard and Sonya Torres** | **22220 Buena Vista Street Tehachapi, CA 93561** | **People's United Equipment Finance Corp** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.5 **Richard Torres** | **22220 Buena Vista Street Tehachapi, CA 93561** | **EMI Renewable Energy, LLC** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **RST CRANES, INC.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | $454,000.00 |
   | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $2,789,385.09 |
   | **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | $2,929,576.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **RST CRANES, INC.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Ally, Inc.**<br>**Payment Processing Center**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062** | **Monthly** | **$1,758.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Commercial Credit Group, Inc.**<br>**2135 City Gate Lane Ste 440**<br>**Naperville, IL 60563** | **3/4/2016** | **$12,189.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Bigge Crane & Rigging**<br>**P.O. Box 205220**<br>**Dallas, TX 75320** | **Bank levy** | **10/2015** | **$38,064.52** |
| **Bigge Crane & Rigging**<br>**PO Box 1657**<br>**San Leandro, CA 94577** | **Crane Dolly = $20,000.00**<br>**1,500 Gallon Fuel Vault = $5,000.00** | **3/2016** | **$25,000.00** |
| **People's United Equipment**<br>**Finance**<br>**17320 Red Hill Avenue, Suite 250**<br>**Irvine, CA 92614** | **2002 Leibherr 300 Ton Crane (5511) and**<br>**Crane Dolly** | **3/2016** | **$850,000.00** |
| **Bigge Crane & Rigging**<br>**PO Box 1657**<br>**San Leandro, CA 94577** | **Account receivable levy or transfer**<br>**Reliable Crane Service**<br>**7582 Las Vegas Blvd., Ste. 527**<br>**Las Vegas, NV 89123** | **10/2015** | **$39,400.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **RST CRANES, INC.**                                        Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | BIGGIE CRANE AND RIGGING CO vs. RST CRANES, INC. RG 15762447 | Complaint | Alameda County Superior Court 1225 Fallon Street Oakland, CA 94612 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | PEOPLE'S UNITED EQUIPMENT FINANCE CORP vs. RST CRANES, INC. a California corporation RICHARD TORRES, JR aka RICHARD TORRES aka RICK TORRES and SONYA TORRES 1:16-CV-00207-DAD-JLT | Complaint | United States District Court Eastern District of California 2500 Tulare Street, Suite 1501 Fresno, CA 93721 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | EMI RENEWABLES ENERGY, LLC vs. RST CRANES, INC. and RICK TORRES 15-03728-16 | Complaint | Denton County District Court 16th Judicial District P.O. Box 2146 Denton, TX 76202-2146 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None.

Debtor    **RST CRANES, INC.** _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Offices of Leonard K. Welsh** **4550 California Avenue, Second Floor Bakersfield, CA 93309** | **$5,180.00 = attorneys fees** **$1,717.00 = costs** | **3/23/2016** | **$6,897.00** |
| Email or website address **lwelsh@lkwelshlaw.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Kieffe & Sons Ford** **16400 Sierra Highway Mojave, CA 93501** | **2012 Ford F350 Crew truck (3443) (Trade-in)** | **10/2015** | **$18,500.00** |
| Relationship to debtor **None** | | | |

Debtor    **RST CRANES, INC.** _____    Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | Kieffe & Sons Ford 16400 Sierra Highway Mojave, CA 93501 | 2013 GMC 3500 truck (3948) (Trade-in) | 10/8/2015 | $26,000.00 |
| | Relationship to debtor None | | | |

---

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■  Does not apply

Address                                                                           Dates of occupancy
                                                                                  From-To

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■  None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   **RST CRANES, INC.** _____   Case number *(if known)* _____

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Debtor | **RST CRANES, INC.** | Case number *(if known)* | |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.    **RST Cranes, Inc.**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561** | **Crane rental** | Dates business existed<br>EIN:        **13-4253307**<br><br>From-To    **5/20/2003 to Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Luis A. Guerrero, CPA**<br>**21800 Oxnard Street, Sutie 1040**<br>**Woodland Hills, CA 91367** | **4/2014 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Richard Torres, Jr.**<br>**701 Bailey Avenue**<br>**Tehachapi, CA 93561** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **RST CRANES, INC.** _____    Case number _(if known)_ _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Richard Torres, Jr. | 22220 Buena Vista Tehachapi, CA 93561 | CEO | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Sonya Torres | 22220 Buena Vista Tehachapi, CA 93561 | Shareholder | 49% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor    **RST CRANES, INC.** _____    Case number *(if known)* _____

loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 23 , 2016**

/s/ Richard Torres, Jr.                **Richard Torres, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes